UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| JACK BOWMAN, | ) ED CV 12-2253-SVW (SH) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| CAROLYN W. COLVIN<br>Commissioner of Social Security<br>Administration, | ) |
| Defendant. | ) |

IT IS ADJUDGED that the case is reversed remanded to the Commissioner for further proceedings, pursuant to Sentence 6 of 42 U.SC. §405(g).

DATED: April 3, 2013

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE